IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of<br><br>CLETHEL JO BATES<br>a/k/a CLETHEL JO WITHERSPOON,<br><br>Debtor. | NO. 06-13288<br>CHAPTER 13<br><br>JUDGE A. BENJAMIN GOLDGAR |

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes LITTON LOAN SERVICING, LP, SERVICER FOR THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE GE-WMC ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-2, its successors and/or assigns (hereinafter referred to as "LITTON"), a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

1. That on October 17, 2006, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. That LITTON is a creditor of the Debtor with respect to a certain mortgage upon real estate, with a common address of 7 East 103rd Place, Chicago, Illinois 60628.

3. That, on March 1, 2010, the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount Under Paragraph B(2)(b) of Plan.

4. As of this date, creditor's records still reflect a balance of $1,259.90 through March 2010 in regular payments. (See Exhibit A.)

5. That this statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice.

Respectively Submitted,

/s/ Terri M. Long
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for LITTON LOAN SERVICING, LP, its Successors and/or Assigns

PAYMENTS RECEIVED

```
Creditor:       Litton Loan Servicing, LP
Debtor:         Clethel Jo Bates
Case No.:       06-B-13288-653
Loan No.:       xxxx8733
Our File No.:   5150-N-0529
Collateral:     7 East 103rd Place
                Chicago, Illinois 60628
```

Loan status as of April 1, 2010

On-going mortgage payments scheduled to be paid beginning November 1, 2006 by Trustee

| DATE RECEIVED | AMOUNT RECEIVED | DUE DATE | AMOUNT DUE | MISC FEES PAID | PAID OVER / (SHORT) |
|---|---|---|---|---|---|
| November 30, 2006 | ($0.00) | November 1, 2006 | $571.96 | ($0.00) | ($571.96) |
| December 31, 2006 | ($0.00) | December 1, 2006 | $571.96 | ($0.00) | ($571.96) |
| January 23, 2007 | $1,452.37 | January 1, 2007 | $571.96 | ($0.00) | $880.41 |
| February 28, 2007 | ($0.00) | February 1, 2007 | $571.96 | ($0.00) | ($571.96) |
| March 6, 2007 | $348.70 | March 1, 2007 | $571.96 | ($0.00) | ($223.26) |
| April 30, 2007 | ($0.00) | April 1, 2007 | $571.96 | ($0.00) | ($571.96) |
| May 30, 2007 | $451.51 | May 1, 2007 | $571.96 | ($0.00) | ($120.45) |
| June 21, 2007 | $692.41 | June 1, 2007 | $571.96 | ($0.00) | $120.45 |
| July 31, 2007 | ($0.00) | July 1, 2007 | $571.96 | ($0.00) | ($571.96) |
| August 31, 2007 | ($0.00) | August 1, 2007 | $571.96 | ($0.00) | ($571.96) |
| September 24, 2007 | $571.96 | September 1, 2007 | $571.96 | ($0.00) | ($0.00) |
| October 22, 2007 | $346.50 | October 1, 2007 | $571.96 | ($0.00) | ($225.46) |
| November 19, 2007 | $693.02 | November 1, 2007 | $571.96 | ($0.00) | $121.06 |
| December 26, 2007 | $676.36 | December 1, 2007 | $741.98 | ($0.00) | ($65.62) |
| January 22, 2008 | $571.96 | January 1, 2008 | $741.98 | ($0.00) | ($170.02) |
| February 19, 2008 | $571.96 | February 1, 2008 | $741.98 | ($0.00) | ($170.02) |
| March 26, 2008 | $571.96 | March 1, 2008 | $741.98 | ($0.00) | ($170.02) |
| April 21, 2008 | $342.47 | April 1, 2008 | $741.98 | ($0.00) | ($399.51) |
| May 19, 2008 | $684.96 | May 1, 2008 | $741.98 | ($0.00) | ($57.02) |
| June 23, 2008 | $688.45 | June 1, 2008 | $669.12 | ($0.00) | $19.33 |
| July 21, 2008 | $571.96 | July 1, 2008 | $669.12 | ($0.00) | ($97.16) |
| August 18, 2008 | $571.96 | August 1, 2008 | $669.12 | ($0.00) | ($97.16) |
| September 22, 2008 | $571.96 | September 1, 2008 | $669.12 | ($0.00) | ($97.16) |
| October 23, 2008 | $342.11 | October 1, 2008 | $669.12 | ($0.00) | ($327.01) |
| November 24, 2008 | $801.81 | November 1, 2008 | $669.12 | ($0.00) | $132.69 |
| December 22, 2008 | $651.35 | December 1, 2008 | $651.35 | ($0.00) | ($0.00) |
| January 20, 2009 | $651.35 | January 1, 2009 | $651.35 | ($0.00) | ($0.00) |
| February 23, 2009 | $651.35 | February 1, 2009 | $651.35 | ($0.00) | ($0.00) |
| March 23, 2009 | $651.35 | March 1, 2009 | $651.35 | ($0.00) | ($0.00) |
| April 20, 2009 | $651.35 | April 1, 2009 | $651.35 | ($0.00) | ($0.00) |
| May 31, 2009 | ($0.00) | May 1, 2009 | $651.35 | ($0.00) | ($651.35) |
| June 22, 2009 | $1,233.65 | June 1, 2009 | $582.30 | ($0.00) | $651.35 |
| July 31, 2009 | ($0.00) | July 1, 2009 | $582.30 | ($0.00) | ($582.30) |
| August 24, 2009 | $1,164.60 | August 1, 2009 | $582.30 | ($0.00) | $582.30 |
| September 21, 2009 | $275.86 | September 1, 2009 | $582.30 | ($0.00) | ($306.44) |
| October 19, 2009 | $689.20 | October 1, 2009 | $582.30 | ($0.00) | $106.90 |
| November 13, 2009 | $2,774.61 |  | ($0.00) | ($573.92) | $3,348.53 |
| November 30, 2009 | ($0.00) | November 1, 2009 | $582.30 | ($0.00) | ($582.30) |
| December 24, 2009 | $343.18 | December 1, 2009 | $573.92 | ($0.00) | ($230.74) |
| January 19, 2010 | $686.37 | January 1, 2010 | $573.92 | ($0.00) | $112.45 |
| February 22, 2010 | $692.21 | February 1, 2010 | $573.92 | ($0.00) | $118.29 |
| March 12, 2010 | $781.84 |  | ($0.00) | ($0.00) | $781.84 |
| March 22, 2010 | $343.18 | March 1, 2010 | $573.92 | ($0.00) | ($230.74) |
| April 1, 2010 | ($0.00) | April 1, 2010 | ($0.00) | ($0.00) | ($0.00) |
| TOTALS | $23,765.84 ✓ |  | $25,599.66 ✓ | ($573.92) | ($1,259.90) ✓ |

PAYLOG

EXHIBIT A